# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2669
LT Case No. 2022-CF-01965

_____

GORDON SCOTT MILLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Kathryn Rollison Radtke, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and SOUD, JJ., concur.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿